```
FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>JOHN ORTIZ,<br>  aka "Johnny Joe Ortiz" and<br>     "John Joe Ortiz,"<br><br>    Defendant. | CR No. CR 19-00748-RGK<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about October 23, 2019, in Los Angeles County, within the Central District of California, defendant JOHN ORTIZ, also known as "Johnny Joe Ortiz" and "John Joe Ortiz," knowingly possessed a firearm, namely, a Davis Industries, model P-380, .380 automatic caliber pistol, bearing serial number AP213115, and ammunition, namely, one round of Winchester .380 automatic caliber ammunition, in and affecting interstate and foreign commerce.

Defendant ORTIZ possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

    1.    Second Degree Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, Case Number BA103339, on or about February 14, 1995; and

    2.    Carjacking, in violation of California Vehicle Code Section 215(a), in the Superior Court of the State of California, County of Los Angeles, Case Number BA281836, on or about March 15, 2006.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a) All right, title, and interest in any firearm or ammunition involved in or used in the offense, including but not limited to the following:

      1. a Davis Industries, model P-380, .380 automatic caliber pistol, bearing serial number AP213115;

      2. one round of Winchester .380 automatic caliber ammunition; and

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

DOUGLAS D. HANSEN
Assistant United States Attorney
Riverside Branch Office

4