CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Deputy Federal Public Defender
Email: Charles_Snyder@fd.org
DAVID JOSEPH SUTTON (Bar No. 257630)
Deputy Federal Public Defender
(E-Mail: David_Sutton@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JOHN ORTIZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN ORTIZ,<br><br>　　　　　Defendant. | Case No. CR 19-748-RGK<br><br>[~~PROPOSED~~] ORDER FOR ISSUING OUT-OF-DISTRICT APPEARANCE SUBPOENA |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the subpoena attached to this order shall issue. It is further ordered that the costs of process and witness fees will be paid in the same manner as those paid for witnesses subpoenaed on behalf of the government.

DATED:   June 25   , 2021   _____
　　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　United States District Judge

1