UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cr-00748-RGK-1 | Date | July 2, 2021 |
|---|---|---|---|
| Title | *USA v. ORTIZ* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Defendant's Motion in Limine to Preclude Government Witnesses from Interpreting Handwriting on Documents [DE 71]

## I. INTRODUCTION

On December 10, 2019, the United States of America ("the Government") indicted John Ortiz ("Defendant") under 18 U.S.C. § 922(g)(1), felon in possession of a firearm.

Now before the Court is Defendant's Motion in Limine to Preclude the Government's Witnesses from Interpreting Handwriting on Documents. For the following reasons, the Court **GRANTS** defendant's Motion.

## II. FACTUAL BACKGROUND

Defendant was convicted of second-degree robbery in 1995 and carjacking in 2006. (Mot. in Limine 1 at 1, ECF No. 21). While on parole for the 2006 carjacking conviction, Defendant reported to the El Monte Parole Office with a .380 automatic caliber pistol, along with three rounds of ammunition. (*Id.*) The officers discovered the when they arrested him for violating other conditions of his parole. (*Id.*)

## III. DISCUSSION

The Government has sought to introduce certain records from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). One of those records is known as an acquisition and disposition ("A&D") log. The Government wants to introduce the A&D log to show that Defendant's gun moved interstate. But the A&D log is difficult to read. To aid the jury, the Government seeks to have Kevin Anderson, an ATF Program Analyst, testify that based on his review of the A&D log, "the same exact firearm defendant illegally hid in his shoe and brought him to a parole office—was shipped interstate

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cr-00748-RGK-1 | Date | July 2, 2021 |
|---|---|---|---|
| Title | *USA v. ORTIZ* | | |

from California to Alabama." (Opp'n at 1, ECF No. 77). In other words, the Government asks the Court to allow Anderson "to testify as to the records' content." (*Id.* at 3).

Assuming the proper evidentiary requirements are satisfied, Anderson may testify to what the columns, abbreviations, and dates found in A&D logs *generally* represent based on his experience. But he may not interpret the words written on this *specific* A&D log for the jury.

**IV.    CONCLUSION**

For the foregoing reasons, the Court **GRANTS** Defendant's Motion.

**IT IS SO ORDERED.**

_____ : _____