UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:19–cr–00748–RGK | Date  7/12/2021 |

Present :   The Honorable R. GARY KLAUSNER, United States District Judge

Interpreter :  N/A

| Sharon Williams | Sheri Kleeger | Juan Rodriguez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 1. JOHN ORTIZ, Bond | 1. Charles Snyder and David Sutton, DFPD |

**PROCEEDINGS:**   **CHANGE OF PLEA**

X    Defendant moves to change plea to the  Indictment .

X    Defendant sworn.

X    Defendant enters a new and different plea of GUILTY to  1 .

X    The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X    The Court refers the defendant to the Probation Office for investigation and and the matter is continued to Monday,  October 4, 2021 at 01:30 PM  for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before  August 30, 2021 .

X    Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X    The Court vacates the  July 13, 2021  trial date as to this defendant.

X    Other: The Court grants defendant's request to self–surrender today to begin serving his sentence. Defendant to surrender to the U.S. Marshal's Office

:13
Initials of Deputy Clerk:  sw 

cc: USPO